UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEREK BARBOZA, | ) | Case No. 03-3855 AHM (AJW) |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING REPORT |
| v. | ) | AND RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| D. M. KELSEY, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the record in this action, the attached Report and Recommendation of Magistrate Judge ("Report") and the objections thereto. Good cause appearing, the Court adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

Dated: December 5, 2011

_____
A. HOWARD MATZ
United States District Judge