UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DEREK BARBOZA,** | ) |
| Plaintiff, | ) No. CV 03-3855 AHM (AJW) |
| v. | ) |
| **D. M. KELSEY,** | ) **J U D G M E N T** |
| Defendant. | ) |

**IT HEREBY IS ADJUDGED THAT:** (1) defendant Kelsey's motion for summary judgment is granted; (2) judgment is entered in Kelsey's favor and against plaintiff on plaintiff's procedural due process claim pursuant to 42 U.S.C. § 1983; and (3) judgment is entered dismissing the remaining claims in the Third Amended Complaint with prejudice.

Dated: December 5, 2011

_____
A. HOWARD MATZ
United States District Judge

**JS-6**